IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELLA JACKSON, | ) | No. C 10-4515 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendants. | ) | |

On October 6, 2010, Plaintiff, proceeding pro se, filed a letter, which commenced this action. The same day, the Clerk notified Plaintiff that she had not paid the filing fee nor had she filed an application to proceed in forma pauperis ("IFP"). The Clerk also notified Plaintiff that she failed to submit a complaint. Along with the deficiency notices, Plaintiff was provided with a new IFP application, instructions for completing it, and was notified that she had to specifically include a Certificate of Funds completed and signed by an authorized officer at the prison, and a stamped return envelope. Plaintiff was further cautioned that her failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. Plaintiff was also advised that her failure to file a complaint within thirty days would result in the dismissal of this action. To date, Plaintiff has not communicated with the court.

Accordingly, the instant action is DISMISSED without prejudice to Plaintiff filing a new action in which she either pays the filing fee or files a completed IFP application, and files a

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Jackson515dis.wpd

1 | complaint.
2 |     The Clerk shall enter judgment and close the file.
3 |     IT IS SO ORDERED.
4 | DATED:  11/24/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\CR.10\Jackson515dis.wpd    2