IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELLA JACKSON, | ) | No. C 10-4515 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| UNKNOWN, | ) ) | |
| Defendants. | ) ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/24/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.10\Jackson515jud.wpd